### No. 26727.

Court of Criminal Appeals of Texas.

Jan. 6, 1954.

## WEBB v. STATE.

### No. 26740.

Court of Criminal Appeals of Texas.

Jan. 6, 1954.

254

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of driving an automobile upon a public highway while intoxicated, and his punishment was assessed at a fine of $200.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the court.